# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00081-CV

## In the Interest of M. C. M. H. and C. C. M. H.

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2003-0055A, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Marc Christopher Harvel attempted to appeal an order of contempt issued by the district court on January 10, 2008, for his failure to make court-ordered payments of child support. Appellate courts generally do not have jurisdiction to review contempt orders by direct appeal. *Ex parte Cardwell*, 416 S.W.2d 382, 384 (Tex. 1967); *In re R.M.*, 224 S.W.3d 721, 721 (Tex. App.—El Paso 2006, no pet.) (citing *Wagner v. Warnasch*, 295 S.W.2d 890, 893 (Tex. 1956)).

On June 18, 2008, this Court requested that Harvel file a written response demonstrating this Court's jurisdiction over his appeal. His filed response failed to demonstrate this Court's jurisdiction. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: July 15, 2008